HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
HANNAH R. LABAREE, State Bar #294338
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
DOROTEO CIRINO-REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:17-cr-00185 MCE |
| v. | ORDER SEALING DOCUMENT |
| DOROTEO CIRINO-REYES, | |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that Exhibit A and Exhibit B to the defendant's sentencing memorandum be filed under seal.

IT IS SO ORDERED.

Dated: September 25, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE